**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3800-17T4

HENRY.GROVE DIVERSIFIED
INVESTMENTS, LLP,

      Petitioner-Appellant,

v.

STATE OF NEW JERSEY,
DEPARTMENT OF COMMUNITY
AFFAIRS, LOCAL FINANCE
BOARD,

      Respondents-Respondents.

_____

Submitted May 30, 2019 – Decided June 19, 2019

Before Judges Simonelli, Whipple and Firko.

On appeal from the New Jersey Department of Community Affairs, Local Finance Board.

Goldenberg, Mackler, Sayegh, Mintz, Pfeffer, Bonchi & Gill, attorneys for appellant (Keith A. Bonchi, of counsel and on the brief; Elliott J. Almanza, on the brief).

Gurbir S. Grewal, Attorney General, attorney for respondents State of New Jersey, Department of Community Affairs, Local Finance Board (Melissa H. Raksa, Assistant Attorney General, of counsel; Susan M. Scott and Jonathan S. Sussman, Deputy Attorneys General, on the brief).

McManimon, Scotland & Baumann, LLC, attorneys for respondent City of Bridgeton (William W. Northgrave and Ted Del Guercio, III, on the brief).

PER CURIAM

This matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3800-17T4